

DEF-000008
Exhibit "2"




# MISSISSIPPI
## Board of Pharmacy

**Permit Holder:**
Walter, Daron

MedWoRx
950 East County Line Road
Ste C
Ridgeland, MS 39157

### Medical Equipment Supplier

Limited to the purchase, rental, possession and sale of: medical equipment and medical gases.

This permit is not transferable or assignable.

*Executive Director*

**Permit No.:**
09277/11.1

Issued: 9/23/2011
Renewed: 7/26/2018
Expires: 6/30/2019

Mississippi Board of Pharmacy | 6360 I-55 North | Suite 400 | Jackson, MS 39211
Phone: 601-899-8880 | Fax: 601-899-8851

DEF-000009




# MISSISSIPPI
## Board of Pharmacy

*This is to certify that*

**MedWoRx**

950 East County Line Road
Ste C
Ridgeland, MS 39157

*is duly permitted as a:*

**Medical Equipment Supplier**

Limited to the purchase, rental, possession and sale of: medical equipment and medical gases.

This permit is not transferable or assignable.

Permit No.: 09277/11.1

Permit Holder: Walter, Daron

*Issued:* 9/23/2011
*Effective:* 7/17/2017
*Expires:* 6/30/2018

*Executive Director*

DEF-000010



# MISSISSIPPI
## Board of Pharmacy

This is to certify that

Permit No.:
09277/11.1

MedWoRx

950 East County Line Road
Ste C
Ridgeland, MS, 39157

is duly permitted as a:

Permit Holder:
Walter, Daron



Medical Equipment Supplier

Limited to the purchase, rental, possession and sale of: medical equipment and medical gases.

This permit is not transferable or assignable.

*Frank Daniels*
Executive Director

Issued: 9/23/2011
Effective: 6/29/2016
Expires: 6/30/2017

Mississippi Board of Pharmacy | 6360 I-55 North | Suite 400 | Jackson, MS 39211
Phone: 601-899-8880 | Fax: 601-899-8851

DEF-000005

# MISSISSIPPI
## Board of Pharmacy

204 Key Drive
Suite C
Madison, MS 39110
Office: 601-605-5388
Fax: 601-605-9546

Permit Number:
09277/11.1

Permit Holder:
Suzanne Chancelor

### This is to Certify that



MedWoRx
950 East County Line Road
Ste C
Ridgeland, MS 39157

### is duly permitted as a:

## Medical Equipment Supplier

Limited to the purchase, rental, possession and sale of: Medical Equipment and Medical Gases.

This permit is not transferable or assignable.

_____, R.Ph.
Executive Director

Issued:   23-Sep-2011
Renewed: 01-Jul-2014
Expires:  30-Jun-2015

DEF-000011

# Mississippi
## Board of Pharmacy

204 Key Drive
Suite C
Madison, MS 39110
Office: 601-605-5388
Fax: 601-605-9546

Permit Number:
09277/11.1

Permit Holder:
Daron Walters

This is to Certify that



MedWoRx
950 East County Line Road
Ste C
Ridgeland, MS 39157

is duly permitted as a:

**Medical Equipment Supplier**

Limited to the purchase, rental, possession and sale of: Medical Equipment and Medical Gases.

This permit is not transferable or assignable.

Issued: 23-Sep-2011
Renewed: 08-Jul-2013
Expires: 30-Jun-2014

_____, R.Ph.
Executive Director

DEF-000012